**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**(RELEASE ORDER)**


**TO: UNITED STATES MARSHAL**                          **DATE: 3/19/2026**


**RE: USA v.  Ludwing Benjamin Perez Velasco**          **USM# 38381-512**
            **CR-26-00108-PHX-JJT**


**THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE THE ABOVE-NAMED DEFENDANT FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.**

      **X**      **Time Served (Judgment to follow)**

           **Probation (Judgment to follow)**

           **Supervised Release Petition Dismissed (Minutes Docketed)**

           **Released on Conditions (Order to follow)**


**ADDITIONAL INSTRUCTIONS:**


        **DEBRA LUCAS**
        **District Court Executive/Clerk of Court**


**By:**                         
        **Julie Martinez**
        **Courtroom Deputy**


(cc: Emailed to USM by CD)