### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Ludwing Benjamin Perez Velasco** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  CR-26-00108-001-PHX-JJT**<br><br>Davina Marie Godley (CJA)<br>Attorney for Defendant |

USM#: 38381-512

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/12/2026 to Count 1 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1546(b)(3), Unlawful Use and Possession of Immigration Identity Documents, a Class D Felony offense, as charged in Count 1 of the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.** No further period of supervised release to follow.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED        **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

CR-26-00108-001-PHX-JJT                                                    Page 2 of 2
USA vs. Ludwing Benjamin Perez Velasco

Date of Imposition of Sentence:  **Thursday, March 19, 2026**

Dated this 19th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

_____, the institution

defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____
United States Marshal                          By:        Deputy Marshal

CR-26-00108-001-PHX-JJT- Velasco        3/19/2026